MICHAEL ZWARICH, an Infant, by PARAMA ZWARICH, His Guardian ad Litem, Appellant, v. BROOKLYN COOPERAGE COMPANY, Respondent.

*Zwarich* v. *Brooklyn Cooperage Co.*, 169 App. Div. 961, affirmed. (Argued December 12, 1916; decided December 28, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 28, 1915, affirming a judgment in favor of defendant, entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been sustained through the negligence of defendant. Plaintiff alleged that while on the pier at the foot of North Seventh street, Brooklyn, he was struck and pushed into the water by one of defendant's horses, which was driven along the dock by defendant's driver, drawing a two-wheeled cart belonging to defendant; that on reaching North Seventh street, the left wheel of the cart was so close to the defendant's water front that it caught the projecting end of the pier stringpiece (necessarily throwing the shafts to the left and against the right side of the horse), and the horse, continuing to pull, swung to the left so that cart and horse pivoted to the left about the point where the left wheel bore against the stringpiece of the pier, as the center. In this sidewise movement the horse swept the plaintiff to the left and over the stringpiece into the water.

*Vine H. Smith* for appellant.

*Walter L. Glenney* and *Bertrand L. Pettigrew* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, CHASE, COLLIN, CUDDEBACK and POUND, JJ. Not voting: HOGAN and CARDOZO, JJ.